## Mary Heston, Appellant, v. Jefferson Building Corporation, Appellee.

Gen. No. 10,175.

opinion filed December 5, 1947; released for publication December 29, 1947. Alex L. Sloan, for appellant; Hunter, Kavanagh, McLaughlin & Bond, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.